*Addison,*
*January,*
*1827.*

PHILIP VADAKIN *vs.* HENRY SOPER.

(*Ante* Vol. 1, page 287.)

An execution improvidently issued for costs, where none were taxable, set aside, on motion, under a rule, that the defendant have no action of trespass against the plaintiff, and no action whatever against the clerk.

THE plaintiff, at the last term of this Court, obtained a judgment of reversal, on a writ of error, under such circumstances as that by the rule of court, (*ante vol.* 1, *p.* 409) he was not entitled to costs. Costs were nevertheless taxed, and inadvertently allowed by the clerk, and execution issued.

*Bates,* for the defendant, now moved, that the execution be set aside.

PER CURIAM. Let the execution be set aside, under a rule, that the defendant bring no action of trespass against the plaintiff, and no action whatever against the clerk.

*R. B. Bates,* for the defendant.